

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00803-CV

Eugenia **MATA**,
Appellant

v.

Diane Elizabeth **VIDALES**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01924
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Eugenia Mata.

SIGNED August 7, 2013.

_____
Karen Angelini, Justice